Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for: Plaintiff Victoria Marie Castillo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VICTORIA MARIE CASTILLO,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF MERCED, OFFICER CHRISTIAN LUPIAN, OFFICER LANCE O'BRIEN, SERGEANT LUIS SOLIS, UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>         Defendants. | Case No.: 1:18−cv−01413−NONE−BAM<br><br>STIPULATION AND ORDER RE: VACATUR OF TRIAL AND SCHEDULING STATUS CONFERENCE ON MARCH 1, 2021 |

WHEREAS the ongoing pandemic has substantially slowed the progress of this case; and

WHEREAS, as a result, neither party believes that proceeding to trial as currently scheduled would be in the interests of justice or promote the just and efficient resolution of this action,

THE PARTIES STIPULATE as follows:

The trial date of March 2, 2021 and all associated dates may be vacated.

A status conference may be scheduled on March 1, 2021, or on another date available on the Court's calendar, at which time a new trial date and case schedule will be adopted. The parties will submit a joint status conference report seven (7) days before the status conference.

**1**
STIPULATION AND ORDER RE: VACATUR OF TRIAL AND SCHEDULING STATUS CONFERENCE ON MARCH 1, 2021

AGREED AND STIPULATED:

Dated: December 30, 2020                          LAW OFFICE OF KEVIN G. LITTLE

*/s/ Kevin G. Little*_____
Kevin G. Little
Attorneys for Plaintiff

Dated: December 30, 2020                          FERGUSON, PRAET & SHERMAN , APC

*/s/ Bruce D. Praet*_____
Bruce D. Praet
Attorneys for Defendants

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the March 2, 2021 trial and all associated dates, including the January 13, 2021 pretrial conference, are hereby VACATED.

The Court SETS a status conference on the following date and time: **March 1, 2021, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The Court will select a new trial date and set a new case schedule at the status conference. A joint status conference report shall be filed seven (7) days before the status conference.

The parties shall appear remotely at the conference either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **January 5, 2021**                          /s/ *Barbara A. McAuliffe*___
UNITED STATES MAGISTRATE JUDGE

**2**
STIPULATION AND ORDER RE: VACATUR OF TRIAL AND SCHEDULING STATUS CONFERENCE ON MARCH 1, 2021