Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiff Victoria Marie Castillo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VICTORIA MARIE CASTILLO,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF MERCED, OFFICER CHRISTIAN LUPIAN, OFFICER LANCE O'BRIEN, SERGEANT LUIS SOLIS, UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>     Defendants. | Case No.: 1:18−cv−01413−NONE−BAM<br><br>**STIPULATION AND PROPOSED ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE (FED.R.CIV.P. 41)** |

The Parties, through their undersigned counsel of record, hereby agree and stipulate that this above-captioned proceeding may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This stipulation is being submitted pursuant to Federal Rule of Civil Procedure 41 (a)(ii).

AGREED AND STIPULATED:

Dated: February 19, 2021                                    LAW OFFICE OF KEVIN G. LITTLE


                                                            */s/ Kevin G. Little*
                                                            Kevin G. Little
                                                            Attorneys for Plaintiff

**1**
STIPULATION AND PROPOSED ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE (FED.R.CIV.P. 41)

Dated: February 19, 2021                                    FERGUSON, PRAET & SHERMAN, APC

                                                            */s/ Bruce D. Praet*
                                                            Bruce D. Praet
                                                            Attorneys for Defendants

## **ORDER**

GOOD CAUSE APPEARING, and based upon the parties' stipulation, it is hereby ordered that the above-captioned proceeding may be dismissed with prejudice. The Clerk of Court is instructed to close this case.

IT IS SO ORDERED.

Dated: _____

                                                            Dale A. Drozd
                                                            United States District Judge

**2**
STIPULATION AND PROPOSED ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE (FED.R.CIV.P. 41)